IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                  )<br>           Plaintiff, )<br>                                  )<br>v.                                    )<br>                                  )<br>$70,000.00 SEIZED FROM MUTUAL )<br>CREDIT UNION ACCOUNT NO. )<br>XXXXXX-04 )<br>                                  )<br>           Defendant. ) | Civil Action No. 5:11cv105 DCB-JMR |

**ORDER GRANTING UNOPPOSED MOTION TO VACATE DEFAULT JUDGMENT**

    Came on for consideration this day the Unopposed Motion filed by Claimant Lee A. Davis to Vacate the Default Judgment entered in this case, and the Court, having been fully advised in the premises, and having been advised that the Motion is unopposed by the Government, finds that it is well-taken and is hereby granted.

    Claimant Lee Davis is ordered to file the Verified Statement of Right or Interest which was attached to his Motion, and is further ordered to file an Amended Answer within 21 days of the date of this Order as required by Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims. The case will then be scheduled for a Case Management Conference, and will proceed accordingly.

    SO ORDERED AND ADJUDGED, this the 28th day of November, 2011.

                                                                  s/ David Bramlette
                                                               UNITED STATES DISTRICT JUDGE